# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DOMINION RETAIL, INC., ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 11-233 |
| ) | |
| v. ) | Judge Cathy Bissoon |
| ) | Magistrate Judge Cynthia Reed Eddy |
| TIM ROGERS, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **MEMORANDUM ORDER**

Magistrate Judge Eddy's Order dated October 3, 2012 (Doc. 70) is a nondispositive ruling. *See* Continental Cas. Co. v. Dominick D'Andrea, Inc., 150 F.3d 245, 250-51 (3d Cir. 1998) (holding same regarding motion for leave to amend). Having carefully reviewed Judge Eddy's supporting Memorandum and Opinion (Doc. 69), Defendants' Objections (Doc. 81), and Plaintiff's Response thereto (Doc. 87), the Court concludes that the October 3rd Order was neither clearly erroneous nor contrary to law. *See* Fed. R. Civ. P. 72(a) (reciting standard of review for magistrate judges' nondispositive rulings). Accordingly, Defendants' Objections (**Doc. 81**) are **OVERRULED**, and the Order of Judge Eddy dated October 3, 2102 (**Doc. 70**) is **AFFIRMED**.

IT IS SO ORDERED.


November 9, 2012                              s\Cathy Bissoon
                                              Cathy Bissoon
                                              United States District Judge

cc (via ECF email notification):

All Counsel of Record